**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TAHA KHELALFA, individually and on behalf of
All other persons similarly situated,

                       Plaintiff,

    -against-                                   19 **CIVIL** 10727 (MKV)

                                          **<u>JUDGMENT</u>**

GENERAL ELECTRIC COMPANY,

                       Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated March 22, 2021, the Court grants Defendant General Electric Company's motion to dismiss and dismisses the Complaint; accordingly, the case is closed.

**Dated:**  New York, New York

       March 23, 2021

                                                                **RUBY J. KRAJICK**
                                                                 _____
                                                                   **Clerk of Court**
                                                       **BY:**
                                                                   **Deputy Clerk**